# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Lamar Booker, <br><br> Petitioner, <br><br> v. <br><br> Charles L Ryan, et al., <br><br> Respondents. | No. CV-12-00133-TUC-JGZ (JR) <br><br> **ORDER** |

On July 23, 2013, Magistrate Judge Jacqueline M. Rateau issued a Report and Recommendation (Doc. 14) in which she recommended dismissing Petitioner's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1). *Id.* No objections have been filed within the time provided by Federal Rule of Civil Procedure 72(b)(2).

Accordingly, after an independent review, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (Doc. 14) is ADOPTED.

2. Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is DISMISSED WITH PREJUDICE.

3. The Clerk of the Court shall enter judgment in this matter, and close its file.

Dated this 4th day of November, 2013.

*Jennifer Zipps*
Jennifer G. Zipps
United States District Judge